IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| GAYLE A. JOHNSON, | Case No. 3:18-cv-185-TMR |
| Plaintiff and Counterclaim Defendant, | Judge Thomas M. Rose |
| v. | |
| UNITED STATES OF AMERICA DEPARTMENT OF TREASURY (INTERNAL REVENUE SERVICE), | |
| Defendant and Counterclaim Plaintiff, | |
| v. | |
| AKIL R. SHARIF, | |
| Counterclaim Defendant, | |
| v. | |
| DAY-MONT BEHAVIORAL HEALTH CARE INC. | |
| Third Party Defendant. | |

**FINAL JUDGMENT AGAINST GAYLE JOHNSON AND AKIL SHARIF**

This matter came before the Court on the *Stipulation to Final Judgment Against Gayle Johnson* between counterclaim defendant Gayle Johnson and counterclaim plaintiff United States, (Doc. 51), the *Stipulation to Final Judgment Against Akil Sharif* between counterclaim defendant Akil Sharif and counterclaim plaintiff United States, (Doc. 45), and the parties' joint motion for entry of final judgment pursuant to Fed. R. Civ. P. 54(b), (Doc. 52).

The counterclaim defendants Gayle Johnson and Akil Sharif having waived entry of

findings of fact and conclusions of law under Rule 52 of the Federal Rules of Civil Procedure and there being no just reason to delay entry of final judgment, the Court enters the following final judgment pursuant to Fed. R. Civ. P. 54(b):

Counterclaim defendant Gayle Johnson is liable to the United States in the amount of $608,093.84 as of January 22, 2021, plus statutory additions and interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622 and 28 U.S.C. § 1961(c) from that date, for the unpaid liabilities assessed pursuant to 26 U.S.C. § 6672 for the periods ending March 31, 2015, June 30, 2015, September 30, 2015, December 31, 2015, March 31, 2016, June 30, 2016, and September 30, 2016.

Counterclaim defendant Akil Sharif is liable to the United States in the amount of $468,860.87 as of January 12, 2021, plus statutory additions and interest pursuant to 26 U.S.C. §§ 6601, 6621, and 6622 and 28 U.S.C. § 1961(c) from that date, for the unpaid liabilities assessed pursuant to 26 U.S.C. § 6672 for the periods ending March 31, 2015, June 30, 2015, September 30, 2015, December 31, 2015, and March 31, 2016.

Dated: March 2, 2021              *s/Thomas M. Rose*
                                  _____
                                  UNITED STATES DISTRICT JUDGE